An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NAKIA WOODSON,
Appellant,
vs.
STARFIRE CONDOMINIUM OWNERS'
ASSOCIATION,
Respondent.

No. 62471

**FILED**

MAR 26 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Our review of the documents before us on appeal reveals a jurisdictional defect. Specifically, the district court has final appellate jurisdiction over cases originating in the justice court; thus, such matters may not be appealed to this court. Nev. Const. art. 6 § 6; Tripp v. City of Sparks, 92 Nev. 362, 550 P.2d 419 (1976). Accordingly, as it appears that no appealable judgment has been entered in the underlying case, we lack jurisdiction to consider this appeal, and we therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]As we conclude that we lack jurisdiction over this appeal, we deny as moot the stay motion filed on January 18, 2013.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08940

cc: Hon. Rob Bare, District Judge
Nakia Woodson
Edward D. Kania
Eighth District Court Clerk